**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:16-CR-105-JVB-JEM |
| | ) | |
| PATRICIA TELLEZ, | ) | |
| Defendant. | ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE
UPON A PLEA OF GUILTY BY DEFENDANT PATRICIA TELLEZ**

TO: THE HONORABLE JOSEPH S. VAN BOKKELEN,
UNITED STATES DISTRICT COURT

Upon Defendant Patricia Tellez's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge John E. Martin on August 9, 2016, with the consent of Defendant Tellez, counsel for Defendant Tellez, and counsel for the United States of America.

The hearing on Defendant Tellez's plea of guilty was in full compliance with Federal Rule of Criminal Procedure 11 before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Tellez under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Tellez,

I **FIND** as follows:

(1) that Defendant Tellez understands the nature of the charge against her to which the plea is offered;

(2) that Defendant Tellez understands her right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and her right against compelled self-incrimination;

(3) that Defendant Tellez understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Tellez understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Tellez has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Tellez is competent to plead guilty;

(6) that Defendant Tellez understands that her answers may later be used against her in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Tellez's plea; and further,

I **RECOMMEND** that the Court accept Patricia Tellez's plea of guilty to the offenses charged in Count 1 of the Information and that Defendant Tellez be adjudged guilty of the offenses charged in Count 1 of the Information and have a sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Defendant Tellez be adjudged guilty, sentencing before Judge Joseph S. Van Bokkelen will be set at a later date by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen (14) days. *See* 28 U.S.C. § 636(b)(1).

So ORDERED this 10th day of August, 2016.

s/ John E. Martin  
MAGISTRATE JUDGE JOHN E. MARTIN  
UNITED STATES DISTRICT COURT

cc: All counsel of record
    Honorable Joseph S. Van Bokkelen