# United States District Court
# Northern District of Indiana
# Hammond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 2:16-CR-105 JVB |
| PATRICIA TELLEZ | |

## ORDER

This matter is before the Court on the findings and recommendations of the Magistrate Judge on a plea of guilty by Defendant Patricia Tellez filed on August 10, 2016 (DE 11). No objections have been filed to Magistrate Judge Martin's findings and recommendations. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Patricia Tellez, and **FINDS** the Defendant guilty of the offense charged in Count 1 of the information.

SO ORDERED on September 8, 2016.

s/ Joseph S. Van Bokkelen<br>
Joseph S. Van Bokkelen<br>
United States District Judge